CHASE, J.

v.

CREEGAN, D.

**1757 WDA 2015**

Superior Court of Pennsylvania.

04/04/2017

No. 136 for the year 2012
(Bedford)

Affirmed

COM.

v.

GAETANO, G.

**449 WDA 2016**

Superior Court of Pennsylvania.

4/4/2017

CP–02–CR–0013376–2015
(Allegheny)

Reversed/Remanded

COM.

v.

MARTE, L.

**2642 EDA 2015**

Superior Court of Pennsylvania.

04/05/2017

Reargument Denied 6/8/2017

CP–51–CR–0006147–2014
(Philadelphia)

Affirmed/Reversed

COM.

v.

JACKSON, V.

**215 EDA 2016**

Superior Court of Pennsylvania.

4/5/2017

CP–51–CR–0010976–2014
(Philadelphia)

Affirmed